JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIRGIT BERGMANN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:14-CV-07323-PA (SHx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties and for good cause shown,

　　　IT IS HEREBY ORDERED that this action, Case No. 2:14-CV-07323-PA (SHx), is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: February 26, 2015

_____
Hon. Percy Anderson
United States District Court Judge

**JS-6**

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

141990.0

1

Case No. 2:14-CV-07323-PA (SHx)
ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE